JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BAOLIANG ZHANG, | Case No. CV 18-9361 GW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 11, 2021

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE